IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| PRINCE NELLON,              ) | |
|       ) | |
|     Plaintiff,              ) | |
|       )  | CIVIL ACTION NO. |
|     v.                      ) | 2:16cv824-MHT |
|       ) | (WO) |
| ROBERT BENTLEY, Governor,   ) | |
| et al.,                     ) | |
|       ) | |
|     Defendants.             ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state prisoner, filed this lawsuit complaining about overcrowding, the risk of assault by other inmates, and a discriminatory parole decision.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed.  There are no objections to the recommendation.  After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

**An appropriate judgment will be entered.**

**DONE, this the 30th day of November, 2016.**

                                         /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**