IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
PRINCE NELLON,                  )
                                )
     Plaintiff,                 )
                                )   CIVIL ACTION NO.
     v.                         )     2:16cv824-MHT
                                )          (WO)
ROBERT BENTLEY, Governor,       )
et al.,                         )
                                )
     Defendants.                )
```

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 2) is adopted.

(2) This lawsuit is dismissed without prejudice.

It is further ORDERED that no costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**This case is closed.**

**DONE, this the 30th day of November, 2016.**

                                           /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**